Stephen Andrew CARDEN,
Plaintiff–Appellant,

v.

Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.

No. 08–1795.

United States Court of Appeals,
Fourth Circuit.

Submitted:  Sept. 23, 2010.

Decided:  Oct. 22, 2010.

Greg R. Lord, The Lord Law Firm, PLLC, Charleston, West Virginia, for Appellant. Eric P. Kressman, Regional Chief Counsel, Edward C. Tompsett, Special Assistant United States Attorney, Nora Koch, Deputy Regional Chief Counsel, Philadelphia, Pennsylvania; Charles T. Miller, United States Attorney, Carol A. Casto, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Andrew Carden appeals the magistrate judge's * order affirming the Commissioner's decision denying Carden's application for supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Carden v. Astrue*, No. 2:07–cv–00025, 2008 WL 867942 (S.D.W.Va. Mar. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* This case was decided by a magistrate judge with the parties' consent pursuant to 28

U.S.C. § 636(c) (2006).